UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SABRINA ELAINE OVERBAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:16-CV-337-TAV-MCLC |
| | ) | |
| JOHN RAY ISRAEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Clifton L. Corker, on March 24, 2017 (the "R&R") [Doc. 23]. In the R&R, Magistrate Judge Corker recommends that defendants Michael Carroll Quinton and William Larry Idom's Motion to Dismiss and/or to Strike [Doc. 12] be denied and plaintiff's Motion to Extend Time to Serve Remaining Defendants [Doc. 16] be granted, giving plaintiff an additional thirty days to effect service of process. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Corker's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. Defendants Quinton and Idom's Motion to Dismiss and/or to Strike [Doc. 12] is hereby **DENIED** and plaintiff's Motion to Extend Time to Serve Remaining Defendants [Doc. 16] is

**GRANTED**. Plaintiff has an additional **thirty (30) days** from the entry of this order to effect service of process.

      IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        CHIEF UNITED STATES DISTRICT JUDGE